IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED WAREHOUSE SYSTEMS, INC., : : | | |
| Plaintiff : | No. 1:18-cv-02364 | |
| : | | |
| v. : | (Judge Kane) | |
| : | | |
| AMERICAN ASH RECYCLING CORP. OF PENNSYLVANIA, : : | | |
| Defendant : | | |

**ORDER**

**AND NOW**, on this 31st day of October 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 11) is **GRANTED** pursuant to Federal Rule of Civil Procedure 55(b)(2);

2. The Clerk of Court is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $862,509.51 as to Count I of the complaint (Doc. No. 1); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania